09-CV-05184-STIP

The Honorable Franklin D. Burgess

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MIRIAM SOVONNE KEISER, an individual,

Plaintiff,

v.

THE HARTFORD FINANCIAL SERVICES GROUP, INC., d/b/a THE HARTFORD, a Delaware corporation; HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation,

Defendants.

No. 3:09-CV-5184 FDB

STIPULATED ORDER DISMISSING LAWSUIT AND ALL CLAIMS WITH PREJUDICE

Based on agreement of counsel,

IT IS ORDERED that all claims brought by either party against the other in this matter are hereby dismissed with prejudice without an award of fees or costs to either party. The lawsuit is dismissed. The Court's file shall be closed.

DATED this 20 day of _____, 2009.

_____
The Honorable Franklin D. Burgess

AGREED ORDER DISMISSING HARTFORD FINANCIAL
SERVICES GROUP, INC. PURSUANT TO FRCP 12(b)(6) - 1
CASE NO. No. 3:09-CV-5184 FDB
C:\Documents and Settings\Reed Law Group\My Documents\AAA NEW CASES\Construction\Keiser, Sovonne\The Hartford\Stipulated Order Dismissing All Claims with Prejudice (2).doc

GORDON & POLSCER, L.L.C.
1000 Second Avenue, Suite 1500
Seattle, WA 98104
(206) 223-4226